IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

HENRY MARTIN,

    **Plaintiff,**

v.                                                       **CASE NO. 5:12-cv-3-RS-CJK**

MICHAEL J. ASTRUE, Commissioner
of Social Security,

    **Defendant.**

_____/

## ORDER

Before me is the Magistrate Judge's Report and Recommendation (Doc. 14). No objections have been filed.

**IT IS ORDERED:**

1. The Magistrate Judge's Report and Recommendation is approved and incorporated in this Order.

2. The petition for writ of mandamus (Doc. 1) is **DENIED**.

3. The motion to dismiss (Doc. 8) is **GRANTED**.

4. The clerk is directed to close the file.

**ORDERED** on August 23, 2012.

                                                  /S/ Richard Smoak
                                                **RICHARD SMOAK
                                                UNITED STATES DISTRICT JUDGE**